# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TYWANDER G. HOLMES

VERSUS

SARAH A. ENGLISH, DARRELL J.
ENGLISH AND STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY

NO. 2019 CW 1148

OCT 1 8 2019

In Re:   State Farm Mutual Automobile Insurance Company and
         Sarah A. English and Darrell J. English, applying for
         supervisory writs, 21st Judicial District Court,
         Parish of Tangipahoa, No. 2017-0000300.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**STAY DENIED; WRIT DENIED.**   The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

PMc
JEW

**Holdridge, J.,** dissents and would grant the writ.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT